# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PLASTOFORM INDUSTRIES LTD.,**<br>Plaintiff,<br>vs.<br>**MONSTER LLC, ET AL.,**<br>Defendants**.** | CASE NO. 18-cv-02805-YGR<br><br>**ORDER CONTINUING HEARING; VACATING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of defendants' ("Monster"): (i) motion for an order compelling arbitration, staying the above-captioned action pending the completion of the arbitration proceeding, granting Monster leave to amend its answer, and adjourning the August 7, 2018 hearing on plaintiff Plastoform's pending motion for a right to attach order and issuance of a writ of attachment (Dkt. No. 20 ("Motion for Writ of Attachment")) (Dkt. No 27 ("Motion to Compel Arbitration"));[1] and (ii) administrative motion to continue the hearing on Plastoform's motion for writ of attachment or, alternatively, appear telephonically at the hearing on said motion currently set for August 7, 2018 (Dkt. No 29 ("Administrative Motion")).[2]

Given the overlapping nature of the arguments raised in the briefing on the pending

---

[1] Monster originally noticed a hearing on its motion to compel arbitration for August 28, 2018. (*See* Motion to Compel Arbitration at 1.) Because motions must be noticed for hearing not less than 35 days after the filing of the motion (Civil Local Rule ("L.R.") 7-2(a)), Monster re-noticed its motion to compel arbitration for September 11, 2018. (*See* Dkt. No. 31.)

[2] The declaration of Wan Man "Raymond" Liu filed in support of Plastoform's motion for writ of attachment contains argument and thus does not comport with L.R. 7-5(b). (Dkt. No. 21.) Accordingly, paragraphs 5 and 6 of the declaration are **STRICKEN**. For the same reason, paragraphs 3 through 7 of the declaration of Robert B. Volynsky filed in support of Monster's motion to compel arbitration and administrative motion (Dkt. Nos. 27-1, 29-2) are **STRICKEN**. The parties may re-file their declarations by **noon on Monday, July 30, 2018**, in conformance with the Local Rules.

motions for writ of attachment and to compel arbitration, and in light of defense counsel's inability to appear in person on August 7, 2018, the Court **CONTINUES** the hearing on Plastoform's motion for writ of attachment to **September 11, 2018** at **2:00 p.m.** Accordingly, Plastoform's motion for writ of attachment and Monster's motion to compel arbitration will be heard on the same day, to the extent the Court finds oral argument necessary.

In addition, in light of the pending motions, the case management conference set for August 20, 2018 is hereby **VACATED**, to be reset at a later time if necessary once the Court rules on the pending motions.

This Order terminates Docket Numbers 29.

**IT IS SO ORDERED.**

Dated: July 27, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**