Jeffrey T. Gwynn (SBN 180548)
Hubert H. Kuo (SBN 204036)
David Yu (SBN 276471)
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0127
Facsimile: (949) 299-0188

Attorneys for Plaintiff PLASTOFORM INDUSTRIES LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLASTOFORM INDUSTRIES LTD., a Hong Kong company;<br><br>Plaintiff,<br><br>v.<br><br>MONSTER, LLC, a Nevada limited liability company; MONSTER, INC., a California corporation; NOEL LEE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-02805-YGR<br>Assigned for all purposes to:<br>Hon. Judge Yvonne Gonzalez Rogers<br>Courtroom 1<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

This stipulation is entered into by and among Plaintiff PLASTOFORM INDUSTRIES LTD. ("Plaintiff") and Defendants MONSTER, LLC, MONSTER, INC., and NOEL LEE (collectively, "Defendants"), by and through their respective attorneys of record.

WHEREAS, Plaintiff filed its Complaint for causes of action against Defendants for breach of contract, book of account, common count (money had and received), and common count (goods sold and delivered).

WHEREAS, Plaintiff and Defendants settled this matter on or about November 14, 2018.

IT IS HEREBY STIPULATED by and between all parties through their respective counsel, that the above captioned action be hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). The partis

stipulate that the parties shall bear their own attorney's fees, expenses, and costs. The parties further stipulate that this Court shall retain jurisdiction over this matter for purposes of enforcing any breach of the settlement agreements between these parties, executed on November 14, 2018

IT IS SO STIPULATED.

Respectfully submitted,

ARDENT LAW GROUP, P.C.

By: /s/ *Hubert H. Kuo*
Hubert H. Kuo
Attorneys for Plaintiff
PLASTOFORM INDUSTRIES LTD.

Dated: Nov. 26, 2018

SHEPPARDMULLIN

By: */s/ Daniel Brown*
Daniel Brown
Attorneys for Defendants MONSTER, LLC; MONSTER, INC., and NOEL LEE

Dated: Nov. 26, 2018

**Filer's Attestation:** I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Respectfully submitted,
Dated: November 26, 2018        By: /s/ *Hubert H. Kuo*
Hubert H. Kuo

# [PROPOSED] ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

(1) This action shall be dismissed in its entirety with prejudice;

(2) Each party shall bear its own attorneys' fees, costs, and expenses;

(3) The Court shall retain jurisdiction over this matter for purposes of enforcing any breach of the settlement agreement between these parties, executed on November 14, 2018; and,

(4) Should the need arise, the parties shall engage in initial, reasonable, good faith efforts to resolve any alleged breaches of any of the settlement agreements, prior to filing any action to resolve any such disputes pursuant to the terms of the settlement agreements.

**IT IS SO ORDERED**

Date: November 27, 2018

Hon. Yvonne Gonzalez Rogers
United States District Judge